IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY MARSILIANO,

   Plaintiff,

  v.            Case No. 12-cv-973-JPG

DR. JOHN DOE, ,

   Defendant.

## <u>MEMORANDUM AND ORDER</u>

Plaintiff, formerly incarcerated at East Moline Correctional Center ("East Moline CC"), has brought this *pro se* civil rights action under 42 U.S.C. § 1983 against Dr. John Doe seeking damages for alleged constitutional violations that occurred while he was incarcerated at East Moline CC.  Venue in this case is governed by 28 U.S.C. § 1391(a), which states:

> All civil actions brought in district courts of the United States shall be brought in: (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought.

It appears that all of the events or omissions giving rise to Plaintiff's claim occurred at the East Moline CC, which is in the Central District of Illinois, that the Defendant is likely to be found in that district since he works at East Moline CC, and that Plaintiff now resides in Chicago, Illinois, and is therefore closer to the Central District than the Southern District of Illinois.  Accordingly, pursuant to 28 U.S.C. § 1404(a), the Court *sua sponte* **TRANSFERS** this case to the United States District Court for the Central District of Illinois for the convenience of the parties and witnesses, and in the interest of justice.  That Court will determine whether Marsiliano may be allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

   **IT IS SO ORDERED.**
   **DATED: October 19, 2012**

        s/J. Phil Gilbert
        **J. PHIL GILBERT**
        **United States District Judge**